UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GARY HOUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 5:23-cv-00496-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $6,650.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: August 28, 2023

　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge